**United States District Court**
For the Northern District of California

1

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT

7

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    MARY ANN PACHECO,

10            Plaintiff,                          No. C 07-01276 JSW

11       v.

12   CITIBANK (SOUTH DAKOTA), N.A., as          **NOTICE OF TENTATIVE**
     successor to SEARS, ROEBUCK AND CO.,       **RULING AND QUESTIONS**
13   dba SEARS/CBSD,

14            Defendant.
     _____/
15

16

17       TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE

18   NOTICE OF THE FOLLOWING **TENTATIVE** RULING AND QUESTIONS FOR THE

19   HEARING SCHEDULED ON APRIL 20, 2007 AT 9:00 A.M.:

20       The Court has reviewed the parties' papers and, thus, does not wish to hear the parties

21   reargue matters addressed in those pleadings.  If the parties intend to rely on authorities not

22   cited in their briefs, they are ORDERED to notify the Court and opposing counsel of these

23   authorities reasonably in advance of the hearing and to make copies available at the hearing.  If

24   the parties submit such additional authorities, they are ORDERED to submit the citations to the

25   authorities only, without argument or additional briefing.  *Cf.* N.D. Civil Local Rule 7-3(d).

26   The parties will be given the opportunity at oral argument to explain their reliance on such

27   authority.

28       The Court **tentatively GRANTS** Defendant's motion to dismiss.  The Court finds that to

     the extent Plaintiff alleges a claim under the Federal Debt Collection Practices Act ("FDCPA"),

15 U.S.C. §§ 1692b-1692j, such claim should be dismissed because Defendant is not a debt collector under the FDCPA.  The Court finds that Plaintiff's claim under the California Rosenthal Fair Debt Collection Practices Act ("Rosenthal Act"), Cal. Civ. Code § 1788, *et seq.* should be dismissed because it is preempted by the preempted by the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* ("FCRA").  The purpose of this hearing is to determine whether the dismissal should be with or without prejudice.

The parties shall each have 15 minutes to address the following questions:

(1)     If given leave to amend, what claims if any would Plaintiff seek to bring and what facts would she allege in support of such claims.

(2)     Do the parties have anything further they wish to address?

**IT IS SO ORDERED.**

Dated: April 18, 2007

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2