IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARY ANN PACHECO,

    Plaintiff,

v.

CITIBANK (SOUTH DAKOTA), N.A., as successor to SEARS, ROEBUCK AND CO., dba SEARS/CBSD,

    Defendant.

No. C 07-01276 JSW

**JUDGMENT**

Pursuant to the Order granting Defendant's motion to dismiss entered on April 27, 2007, this action is DISMISSED. The Clerk is directed to close the file.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: November 05, 2007

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE